MAE M. COPE, Respondent, *v.* JOHN WANAMAKER OF NEW YORK, Appellant.

Argued May 27, 1937; decided June 11, 1937.

*David Cohen* for appellant.

*Benjamin Barondess, I. William Reisman* and *Philip B. Geldzahler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.